UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HEALTH CARE. A CALIFORNIA NON-PROFIT PUBLIC BENEFIT CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CAREFIRST OF MARYLAND, INC.,<br><br>　　　　Defendants. | Case No. 20-cv-05824-SI   (SI)<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

　　The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

　　IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, by **April 30, 2021**, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

　　**IT IS SO ORDERED**.

Dated: February 11, 2021

_____
SUSAN ILLSTON
United States District Judge